# UNITED STATES DISTRICT COURT

**FILED**
2017 MAY 15 PM 3:33
US DISTRICT COURT
DISTRICT OF FL
ORLANDO FLORIDA

for the
Middle District of Florida
Orlando Division

Case No. 6:17-cv-860-ORL-40GJK

*(to be filled in by the Clerk's Office)*

__Willie SHavon Youmans__
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

__John Doe, 5'11 220, W/M Age 22-30__
__Julia Jone's__
__Department of correction's__
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Willie SHavon Youmans
All other names by which you have been known:
ID Number: DC# 167403
Current Institution: Tomoka C.I
Address: 3950 Tiger Bay Rd.
Daytona Beach, FL 32124

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: John Doe 5'11 220 lb (C/M) 22-30
Job or Title (if known): Officer
Shield Number:
Employer: Department of Correction
Address: 7600 H.C. Kelley Rd.
Orlando, FL 32831
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Ms. Julia Jones
Job or Title (if known): Secretary
Shield Number:
Employer: Florida Department of Correction
Address: 501 South Calhoun Street
Tallahassee, FL 32399
[ ] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
Name
Job or Title *(if known)*
Shield Number
Employer
Address

City    State    Zip Code

☐ Individual capacity    ☐ Official capacity

**Defendant No. 4**
Name
Job or Title *(if known)*
Shield Number
Employer
Address

City    State    Zip Code

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*8th Amendment cruel and unusual punishment*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Please see Attach page.*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*At C.F.R.C central florida reception center) Inside the Dorm on 2-27-17 Between 7:00 - 7:30 p.m*

II. Basis for Jurisdiction

part D. Denfendent John Doe Is A officer At C.F.R.C central florida Reception center And Is legally responsible for the Daily Dorm/Houseing of Said plaintiff. And IS responsable for the care, ~~costy~~ coustdy and controll of the plaintiff. By the officer deliBerately Beating me while In hand cuff's, Violated my 8th amendment Right of the constitution, cruel and unusual punishment. And At all time's Acted under the color of State law.

Denfendent Julia Jones Is the secretary of florida Department of correction And Is legally responsible for the overall operation of each ~~Instution~~ Institution In the State of florida Department of correction. And Is the over seere of all correction officer, to make sure that they follow all rule's And regulation. ~~By not~~ Therefore The Said Defendent acted under the color of law.

Page 4-of 11

## IV. Statement of claim:

On 2-27-17 Between 7:00-7:30 p.m. At (C.F.R.C central florida reception center) main unit, Quad E1-202, I was assaulted By A officer. I was place In handcuffs Behind my Back and was taken out of my cell along with my roomate (David Bruno) to Be place In the Shower, upon coming out my cell I advise the officer I will like to Shave which He told me no Shave tonight. As the officer put me Inside the Shower And pull the Iron gate close And lock It Someone came Inside the dorm and told the officer that we are Indeed doing ~~shower~~ Shave's to Bring me downStair's to Shave. The officer unlock the Iron Shower gate And push It open fast to make It hit me. And Ran Inside the Shower on me and got Inside my face, I told the officer He Is on camera And He stated He Don't give A fuck Bout no camera. He then pull me out the Shower and pull me down the step's really fast, trying to make me fall down the step's. Upon coming Back up the step's when we got to the Top the officer ran me Into the door and started Beating/punching me with Both of his fist, In my face, head, Back, Shoulder. He then ran me face first Into the floor Inside my cell And started punching me respectically In the Head An face. The sgt. ran In the dorm And told the officer to get off of

page 4-of 11

me And to leave the dorm. The sgt. Then told me to Just lay on the floor until the captain arrive. Which I did And the Hole time I was Still In hand cuff's Behind my Back. And At all Time's The officer acted under color of state law.

C. What date and approximate time did the events giving rise to your claim(s) occur?

2-27-17 Between 7:00 - 7:30 p.m

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was Assaulted, By A correctional officer, Knowone else was Involved, And many of the Inmate's plus officer foxworth And the camera seen what happen. When the officer acted under color of state law.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My Head on Both side's was swole, my Arm was Bruise, Plus my Back, and leg, plus shoulder was Bruise, And In excruciating pain. I was seen By A (cnA) At C,F,R,C Plus I was seen By A mental Health Doctor, Due to Anxiety and Panic attack's I am now having.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

In the process I lost my watch, neckles, Mp4 player, 50$ commissary Therefore I am Requesting that the court can grant me
1. g-shock watch
2. gold neckles, gold cross
3. 50$ In commissary
4. mp4 player
5. 300,000 dollar's    for my mental state and the pain and suffering
6. my Interstate compack to be put At the top of the list to be transfered A-S-A-P out of state or federal prison

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Central Florida Reception Center*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☑ Do not know

If yes, which claim(s)?
*Do not know*

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Tomoka C.I

2. What did you claim in your grievance?

I was Assaulted By an officer while In handcuff's

3. What was the result, if any?

Nothing only Investigation

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I went through all 3 step's And All was told to me was It's Been pass to the Inspector general office

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Some of my grievance I file came up missing, And I was threaten that D.O.C officer's stick to gether so I file An emergency Grievance, plus I'am currenely under witness Protection Due to my testimony for the city of Jacksonville

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit
     Plaintiff(s) _____
     Defendant(s) _____

  2. Court *(if federal court, name the district; if state court, name the county and State)*
     _____

  3. Docket or index number
     _____

  4. Name of Judge assigned to your case
     _____

  5. Approximate date of filing lawsuit
     _____

  6. Is the case still pending?
     ☐ Yes
     ☐ No

     If no, give the approximate date of disposition. _____

  7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
     _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-1-2017

Signature of Plaintiff: *(signed)*
Printed Name of Plaintiff: Willie Youmans
Prison Identification #: 167403
Prison Address: 3950 Tiger Bay Rd
Daytona Beach, FL 32124

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City _____ State _____ Zip Code _____
Telephone Number: _____
E-mail Address: _____